IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASINAH DARICE EL-AMIN,

    Plaintiff,                    No. CIV S-06-0226 DFL JFM P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.                <u>ORDER</u>

                            /

        Plaintiff has requested an extension of time to file an in forma pauperis application pursuant to the court's order of March 1, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 7, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an in forma pauperis application.

DATED: March 21, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp
amin0226.36