IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASIMAH DARICE EL-AMIN,

      Plaintiff,                    No. CIV S-06-0226 DFL JFM P

      vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $3.00 will be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

A claim is legally frivolous when it lacks an arguable basis either in law or in fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless. Neitzke, 490 U.S. at 327. The critical inquiry is whether a constitutional claim, however inartfully pleaded, has an arguable legal and factual basis. See Jackson v. Arizona, 885 F.2d 639, 640 (9th Cir. 1989); Franklin, 745 F.2d at 1227.

A complaint, or portion thereof, should only be dismissed for failure to state a claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set of facts in support of the claim or claims that would entitle him to relief. See Hishon v. King & Spalding, 467 U.S. 69, 73 (1984), citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957); see also Palmer v. Roosevelt Lake Log Owners Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981). In reviewing a complaint under this standard, the court must accept as true the allegations of the complaint in question, Hospital Bldg. Co. v. Rex Hospital Trustees, 425 U.S. 738, 740 (1976), construe the pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor. Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

/////

1    Plaintiff claims that her constitutional rights were violated when she was housed
2 overnight in a cell at the Solano County Jail in which feces were smeared on the walls and floor,
3 the toilet was inoperable and filled with urine, and water to the cell was shut off.  Plaintiff names
4 two defendants, including the Solano County Jail.  There are no allegations in the complaint that
5 implicate the Jail as a defendant.  For that reason, the court will not order service of process on
6 said defendant.
7    The complaint states a cognizable claim for relief against Sheriff's Officer
8 Rebecca Beck pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the
9 complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
10 action.
11    In accordance with the above, IT IS HEREBY ORDERED that:
12    1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
13    2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
14 Plaintiff is assessed an initial partial filing fee of $3.00.  All fees shall be collected and paid in
15 accordance with this court's order to the Director of the California Department of Corrections
16 and Rehabilitation filed concurrently herewith.
17    3.  Service is appropriate for the following defendant:  Sheriff Officer Rebecca
18 Beck.
19    4.  The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,
20 an instruction sheet and a copy of the complaint filed February 2, 2006.
21    5.  Within thirty days from the date of this order, plaintiff shall complete the
22 attached Notice of Submission of Documents and submit the following documents to the court:
23        a.  The completed Notice of Submission of Documents;
24        b.  One completed summons;
25 /////
26 /////

|     |     |
| --- | --- |
| 1   |     c.  One completed USM-285 form for the defendant listed in number 3 |
| 2   | above; and |
| 3   |     d.  Two copies of the endorsed complaint filed February 2, 2006. |
| 4   |   6.  Plaintiff need not attempt service on defendant and need not request waiver of |
| 5   | service.  Upon receipt of the above-described documents, the court will direct the United States |
| 6   | Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 |
| 7   | without payment of costs. |
| 8   | DATED: May 31, 2006. |

                  /s/ John F. Moulds
                  UNITED STATES MAGISTRATE JUDGE

/elam0226.1

```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KASIMAH DARICE EL-AMIN,
11           Plaintiff,                       No. CIV S-06-0226 DFL JFM P
12        vs.
13   SOLANO COUNTY JAIL, et al.,              NOTICE OF SUBMISSION
14           Defendants.                      OF DOCUMENTS
15   _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18               _____      completed summons form
19               _____      completed USM-285 forms
20               _____      copies of the _____
                                          Complaint
21   DATED:
22
23                                                  _____
                                                    Plaintiff
24
25
26
```