IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASIMAH DARICE EL-AMIN,

    Plaintiff,                    No. CIV S-06-0226 DFL JFM P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed June 2, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and two copies of her complaint which are required to effect service on the defendants and a completed summons. On June 26, 2006, plaintiff submitted the USM-285 form but failed to submit the two copies of the complaint and completed summons.

/////

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall
2 submit to the court the two copies of the complaint and completed summons required to effect
3 service.  Failure to return the copies within the specified time period will result in a
4 recommendation that this action be dismissed.
5 DATED: July 27, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
elam0226.8f